**FILED**

JUL 1 9 2005

U.S. DISTRICT COURT
ELKINS WV 26241

**United States District Court**
**Violation Notice**

| Violation No. | Print Officer Name |
|---|---|
| WV40  F2865809  OCU | SNEAD |
| | Officer No. 1759 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 6/17/05 5:50 PM
Offense Charged: 36 CFR 261.10k
Place of Offense: FDR 162
Offense Description: Occupancy without special use permit Group Size over 75 people

Defendant's Last Name: Micheal
First Name: Steven
M.I.: A

Street Address:
City: Rapid City
State: SD
Zip Code:
Date of Birth: 6/22/79
Driver's License No.:
D.L. State:
Social Security No.: 504 944 082

**VEHICLE DESCRIPTION**

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.

___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Court Address: Jennings Randolph Fed Complex 300 3rd St Elkins, WV 26241
Date: 6/28/05
Time: 9:00 AM

Collateral (fine): NA
For payment by credit card, SEE INSTRUCTIONS

SEX: M
RACE:
HAIR: Blnd
EYES: Blue
HEIGHT: 5'10"
WEIGHT: 170

☒ Adult
☐ Juvenile
Veh. Type:
VIN:

Without admitting guilt, I promise to appear as required.
Signature: [signed]

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/98)

Location Code: WV 40                          Violation Number: F 2865809

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on __**June 17 , 2005**__ while exercising my duties as a Law Enforcement Officer in the _**Northern**_____ District of _**West Virginia**_.

On June 14, 2005, the Rainbow Family of Living Light posted directions to the area known as Forest Service Road 162. The information was on the Rainbow website. This area is not permitted for a large gathering due to the fact that five federally listed threatened and endangered species occupy the area and this impact would be detrimental to them. However, when officers arrived on June 14, 2005, the officers counted and observed in excess of 100 persons at the site. Officers recognized many of the subjects as the same that had been issued violation notices on June 13, 2005, for occupying national Forest lands with more than 75 people without a Non-Commercial Group Use Permit. Officers placed an information checkpoint at the beginning of Forest Service Road 162 and began turning away people trying to enter the illegal gathering. Due to the large number of illegal users and the limited number of Officers, the decision was made to contact Rainbows as the attempt to come and go from the illegal gathering. On June 15, 2005, despite being told that the area was home to threatened and endangered species, the Rainbow Family continued to come to the area. The group began to stage outside of the checkpoint. The group was traveling from this area cross county into the area they wanted to hold the gathering in. On June 17, 2005, Officers went into the area and discovered several camps that had packed into the site. Officers observed in excess of 100 people gathering in the area. Officers contacted several subjects and issued violation notices for more than 75 persons gathering without a permit.

The foregoing statement is based upon:
☒ My personal observation
☒ My personal investigation
☒ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __6/17/05_____          _Nathan Snead_____
                 Date                                           Officer's Signature

Probable cause has been stated on the issuance of a warrant.

Executed on: _____
                 Date                                           U.S. Magistrate Judge